AO 442 (Rev. 11/11) Arrest Warrant

CDS

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

DAVID CASWELL

*Defendant*

Case No. 2:16-cr-134-FtM-29MRM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Caswell,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of child pornography, that had been shipped and transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

Date: 12/07/2016

*Issuing officer's signature*

City and state: Fort Myers, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

RECEIVED 2016 DEC -8 PM 4:48 U.S. MARSHAL MIDDLE DIST. OF FLORIDA FT. MYERS

FILED 2016 DEC 15 PM 3:37 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FT. MYERS, FLORIDA

### Return

This warrant was received on *(date)* 12-8-16, and the person was arrested on *(date)* 12-15-16
at *(city and state)* Self-Surrendered, Ft. Myers

Date: 12-15-16

*Arresting officer's signature*

Anthony Jorgensen DUSM
*Printed name and title*